UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | NO. 4:24-CR-565-3 |
| | * | |
| **Armani WILLIAMS** | * | |
| | * | |
| | * | |

# Amended Unopposed Motion to Continue Motion Filing and Scheduled Dates

Defendant, Armani WILLIAMS, moves this Honorable Court to continue due date Motion Filing and related scheduled dates in Defendant's case by 60 days. An overview of the Co-Defendants and their position on this motion is provided *supra*. In support of this Motion, Defendant states:

1. On April 8, 2025, a Grand Jury indicted Defendant with:

    a. Conspiracy to Commit Arson and

    b. Arson

ECF No. 29.

2. Motion Filing is due July 3, 2025. ECF No. 55.

1

3. Counsel filed an Unopposed Motion to Continue on July 2, 2025. ECF No. 82.

4. This Amended Motion contains the position of Co-Defendants on the Motion to Continue.

5. Defendant's Counsel, Paul Morgan, took possession of the Discovery on July 3, 2025. He requires more time to review the Discovery in the case.

6. Considering these circumstances, Defense Counsel requests due dates and trial date to be continued by 60 days.

7. On July 2, 2025, 2025, this Attorney has communicated by telephone with the attorney representing the Government, Keri Fuller, who responded that the Government is unopposed to this motion.

8. Position of Co-Defendants is as follows:

    a. Defendant (1), Lyndell PRICE, through Counsel, Chukwudi Ifeanyi Egbuonu, advised on July 2, 2025, that he is *opposed* to this motion.

    b. Defendant (2), John PRICE, through Counsel, Letitia D Quinones-Hollins, advised on July 3, 2025, that he is *unopposed*.

    c. Defendant (4), Miziah SHEPHERD, was arrested on May 13, 2025. ECF No. 69. On May 14, 2025, Attorney Ronald G Ray, Sr. was attached to the case. ECF No. 76. On July 5, 2025, Counsel reached out to Attorney Ray by phone. Mr. Ray is *unopposed* to this Motion.

RESPECTFULLY SUBMITTED on July 5, 2025.

/s/ ***Paul Matthew Morgan***
Attorney for Defendant Armani WILLIAMS
State Bar No. 24077192
1523 Yale St.
Houston, TX 77008
(Phone) 281 386-9773
(Fax) 713 581-3360
Email: paul@themorganlawfirm.com

DECLARATION OF PAUL MATTHEW MORGAN

I declare under the penalty of perjury that the foregoing is true and correct.

/s/ *PAUL MATTHEW MORGAN*

CERTIFICATE OF CONFERENCE WITH THE GOVERNMENT

I do hereby certify that on July 3, 2025, this Attorney communicated with the Attorneys representing the Government who are unopposed to this Motion.

CERTIFICATE OF CONFERENCE WITH CO-DEFENDANTS

a. Defendant (1), Lyndell PRICE, through Counsel, Chukwudi Ifeanyi Egbuonu, advised on July 2, 2025, that he is *opposed* to this motion.

b. Defendant (2), John PRICE, through Counsel, Letitia D Quinones-Hollins, advised on July 3, 2025, that he is *unopposed*.

c. Defendant (4), Miziah SHEPHERD, was arrested on May 13, 2025. ECF No. 69. On May 14, 2025, Attorney Ronald G Ray, Sr. was attached to the case. ECF No. 76. On July 5, 2025, Counsel reached out to Attorney Ray by phone. Mr. Ray is *unopposed* to this Motion.

CERTIFICATE OF SERVICE

I do hereby certify that on July 5, 2025, I electronically filed the above motion with Clerk of the Court for the United States District Court, Southern District of Texas, using the electronic case filing system of the Court, and I sent the same via e-mail to the attorneys representing the Government and Co-Defendants at the following addresses:

Sebastian Alexander Edwards
DOJ-USAO
Sdtx
1000 Louisiana St.
Ste 2300
Houston, TX 77584
713-567-9503
Email: sebastian.edwards@usdoj.gov

and

Keri Losen Fuller
DOJ-USAO
Department of Justice
1000 Louisiana St.
Ste 2300
Houston, TX 77002
713-567-9717
Email: keri.fuller@usdoj.gov

Counsel for Co-Defendants:

  a. Chukwudi Ifeanyi Egbuonu. Email: chuck@celawoffice.com

  b. Letitia D Quinones-Hollins. Email: letitia@quinonesandassociates.com.

  c. Ronald G. Ray, Sr. Email: ron41127@aol.com.

/s/ *PAUL MATTHEW MORGAN*
---

Counsel of Record for Defendant Armani WILLIAMS